■ HERMINE REISS et al., Respondents, v. JACOB KLEIN et al., Appellants. — In an action to recover damages for personal injuries, and for medical expenses and loss of services, the appeal is from a judgment entered on a jury's verdict in favor of respondents. Respondent Hermine Reiss, then an infant, was injured while a guest in appellants' motor vehicle which collided with another motor vehicle in the State of Massachusetts. Judgment affirmed, with costs. Under established decisions of the State of Massachusetts, a guest may recover from his host only upon proof of gross negligence. (*Lefeave*

v. *Ascher,* 292 Mass. 336; *Altman* v. *Aronson,* 231 Mass. 588; *Massaletti* v. *Fitzroy,* 228 Mass. 487.) In our opinion, the facts warranted a finding of gross negligence. Nolan, P. J., Beldock and Hallinan, JJ., concur; Wenzel and Ughetta, JJ., dissent and vote to reverse the judgment and to dismiss the complaint on the ground that a sudden, single, precipitate act does not per se constitute " gross negligence ", which has been defined as " more than a mere want of due care " (*Desroches* v. *Holland,* 285 Mass. 495, 498).